MEMO ENDORS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

KAHLEA BALDWIN,

Case No. 7:14-CV-09138

Plaintiffs,

-against-

NOTICE OF MOTION TO VACATE
THE ARBITRATION AWARD

TARGET CORPORATION and
GROOM CONSTRUCTION CO., INC.,

Defendants.

------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the attached memorandum of law with exhibits,

Defendant GROOM CONSTRUCTION CO., INC. will move this Court, The Honorable Judge

Karas, U.S.D.J., United States District Court for the Southern District of New York, located at 300

Quarropas Street in White Plains, New York, on a date and at a time designated by the Court for

counsel to be heard, for an order pursuant to the Federal Rules of Civil Procedure vacating the

Arbitration Award entered November 25, 2019, on the basis that the arbitrator manifestly

disregarded the law and exceeded his authority, in violation of Section 10(a) of the Federal

Arbitration Act and federal jurisprudence.

BONNER KIERNAN TREBACH &
CROCIATA

Dated: New York, New York
February 26, 2020

Lynda Liebhauser, Esq.
*Attorneys for Defendant Groom
Construction Co., Inc.*

To:     Mitchell Levine, Esq.
        Fishman McIntyre Levine Smansky, PC
        44 Wall Street, 12th Floor
        New York, New York 10005
        Fax: 845-369-0673
        *Attorneys for Co-Defendant Target Corporation*

Motion is denied for failure
to comply with the Court's
Individual Practices.
So Ordered.
MK 2/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

KAHLEA BALDWIN,

                             Plaintiffs,

-against-

                  Case No. 7:14-CV-09138

                  AFFIRMATION OF SERVICE

TARGET CORPORATION and
GROOM CONSTRUCTION CO., INC.,

                             Defendants.

----------------------------------------------------------------X

I, Lynda Liebhauser, declare under penalty of perjury that on February 26, 2020, I served a copy of the attached motion to vacate the arbitration award with supporting documents upon counsel for co-defendant Target Corporation by mailing and emailing it as follows:

                    Mitchell Levine, Esq.
                    Fishman McIntyre Levine Smansky, PC
                    44 Wall Street, 12th Floor
                    New York, New York 10005
                    (212) 461-7190
                    janet@fishmanmcintyre.com

                                  BONNER KIERNAN TREBACH &
                                  CROCIATA

Dated: New York, New York
       February 26, 2020

                                  Lynda Liebhauser, Esq.
                                  350 Fifth Avenue - 59th Floor
                                  New York, New York 10118
                                  (212) 268-7535
                                  *Attorneys for Defendant Groom Construction Co., Inc.*